IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TABATHA WILSON and DANNY WILSON, | : | CIVIL DIVISION |
| | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 2:23-cv-261 |
| | : | |
| v. | : | |
| | : | *Electronically Filed* |
| SPEEDWAY LLC i/t/d/b/a SPEEDY CAFÉ STORE #2918, | : | |
| | : | |
| Defendant. | : | |

## <u>NOTICE OF REMOVAL</u>

TO:   The Honorable Judges of the United States District Court for the Western District of Pennsylvania

This Notice of Removal is filed by Defendant Speedway LLC asserting as follows:

1.      The above-described action was commenced by the filing of a Complaint on January 17, 2023 in the Court of Common Pleas of Fayette County, Pennsylvania, against Defendant, Speedway LLC.  (*See* Complaint attached hereto as Exhibit "A".)

2.      Speedway LLC is a limited liability corporation formed in Delaware with its principal place of business in Ohio.  Speedway LLC is wholly owned by SEI Speedway Holdings, LLC, a limited liability corporation formed in Delaware with its principal place of business in Texas.  SEI Speedway Holdings, LLC is wholly owned by 7-Eleven, Inc., a corporation formed in Texas with its principal place of business in Texas.

3.      Speedway was served with a copy of the Complaint on January 19, 2023.  (*See* Sheriff's Return attached hereto as Exhibit "B".)

4.      Defendant believes that at the time this action was initially commenced, and at the current time, Plaintiffs were residents of Fayette County, Pennsylvania.  (Complaint, Exhibit "A", ¶ 1-2).

5.      The Complaint seeks an award in excess of the arbitration limits of Fayette County ($50,000), but no specific sum is demanded in the Complaint.

6.      Among other injuries, it is understood that Plaintiff claims damages for a traumatic injury to her foot/ankle, including fractures.  (Exhibit A, ¶ 17.)

7.      Plaintiff-husband is also making a loss of consortium claim.  (Exhibit A, ¶ 23-25.)

8.      Based on these alleged injuries and damages, Plaintiffs' counsel has advised the undersigned counsel that this case is valued in excess of $75,000.00.

9.      This Notice of Removal is filed within thirty (30) days after Defendant, Speedway LLC, was served with a copy of Plaintiffs' Complaint on January 19, 2023, which apprised this Defendant of the amount in controversy, and within one (1) year of the commencement of this matter by Plaintiffs on January 17, 2023 by the filing of the initial Complaint; thus, it is timely filed pursuant to 28 U.S.C. §1446(b) (3) and (c).

10.     As all of the parties to this action are diverse and the amount in controversy exceeds $75,000, this Court has original jurisdiction under the provisions of 28 U.S.C. §1332 and this case may be removed to this Court by this Defendant pursuant to the provisions of 28 U.S.C. §§1441 and 1446.

WHEREFORE, Defendant Speedway LLC requests that this action now pending in the Court of Common Pleas of Fayette County at Case No. 2023-89 be removed to this Honorable Court.

**JURY TRIAL IS DEMANDED.**

Respectfully submitted,

THOMAS, THOMAS & HAFER LLP

Date: 02/17/2023                     BY:     */s/ Rebecca Sember Izsak*
                                                       REBECCA SEMBER IZSAK, ESQUIRE
                                                       PA ID No. 74584
                                                       rsember@tthlaw.com
                                                       U. S. Steel Tower
                                                       600 Grant Street, Suite 2600
                                                       Pittsburgh, PA  15219
                                                       (412) 697-7403
                                                       (412) 697-7407 – Facsimile

                                                       ***Counsel for the Defendant***

3